Michael D. Roth (*Pro Hac Vice*)
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 218-4014
mroth@kslaw.com

Spencer G. Scharff, No. 028946
SCHARFF PC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

*Counsel for Defendant The Gap, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal,<br><br>                    Plaintiff,<br><br>v.<br><br>Gap Incorporated, et al.,<br><br>                    Defendants. | No. CV-24-01056-PHX-ROS<br><br>**STIPULATED MOTION TO ADJUST DEFENDANT THE GAP, INC.'S RESPONSIVE PLEADING DEADLINE**<br><br>**(THIRD REQUEST)** |

Plaintiff Ivonne Carbajal and Defendant The Gap, Inc. jointly request an additional extension of Defendant's time to submit a responsive pleading. In support of this Motion, the Parties state as follows:

On July 29, 2024, this Court granted the Parties' July 29, 2024 Stipulated Motion to Adjust Defendant's Responsive Pleading Deadline, which set the deadline to respond to the Complaint to August 30, 2024. Pursuant to the Court's May 10, 2024 Order, the Parties met and conferred on August 20, 2024 to discuss Defendant's intended motion to compel

arbitration and Rule 12 motion. As part of their conferral, the Parties agreed to exchange information.

On August 27, 2024, the Court granted the Parties' August 27, 2024 Stipulated Motion to Adjust Defendant's Responsive Pleading Deadline, which set the deadline to respond to the Complaint to September 30, 2024. On September 17, 2024, Defendant provided Plaintiff with certain information and documentation. In response, Plaintiff and Defendant have discussed exchanging additional information to facilitate a resolution.

Based on the conferral process to date, the Parties believe that there is still a possibility that this matter can be resolved without court intervention. To that end, the Parties have agreed to extend the responsive pleading deadline to October 31, 2024.

Respectfully submitted this 25th day of September 2024.

        SCHARFF PC
        By:   /s/ Spencer G. Scharff
              Spencer G. Scharff

*Counsel for Defendant The Gap, Inc.*

/s/Thomas M. Ryan (with permission)
Thomas M. Ryan (pro hac vice)
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 East Wacker Drive, Suite 650
Chicago, IL 60601
(312) 726-3400
tom@tomryanlaw.com

James X. Bormes (pro hac vice)
Catherine P. Sons (pro hac vice)
LAW OFFICE OF JAMES X. BORMES, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, IL 60603
(312) 201-0575
jxbormes@bormeslaw.com
epsons@bormeslaw.com

| | |
|---|---|
| 1 | Michelle R. Matheson (AZ Bar #019568) |
| 2 | MATHESON & MATHESON, P.L.C. |
|   | 15300 North 90th Street, Suite 550 |
| 3 | Scottsdale, AZ 85260 |
|   | mmatheson@mathesonlegal.com |
| 4 | |
| 5 | *Counsel for Plaintiff* |
|   | *Ivonne Carbajal* |