James X. Bormes
(*pro hac vice*)
Illinois State Bar No. 620268
Catherine P. Sons
(*pro hac vice*)
Illinois State Bar No. 6290805
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue, Suite 2600
Chicago, Illinois 60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street, Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com

Thomas M. Ryan
(*pro hac vice*)
Illinois State Bar No. 6273422
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 East Wacker Drive, Suite 650
Chicago, Illinois 60601
(312) 726-3400
tom@tomryanlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivonne Carbajal, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Gap, Inc. et al.,<br><br>Defendants. | No. CV-24-01056-PHX-ROS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Please take notice that Plaintiff Ivonne Carbajal and Defendant The Gap, Inc. have reached an individual settlement in this case. The Parties are in the process of preparing and executing a formal settlement agreement. In the meantime, the Parties request that the Court vacate all pending deadlines, issue an order staying all proceedings in this action pending the Parties' ability to file a Notice of Dismissal, and set an order for a status on settlement 30 days from the date of this filing to on or about December 30, 2024.

**ATTORNEYS FOR PLAINTIFF:**

/s/ Thomas M. Ryan
James X. Bormes (*Pro Hac Vice*)
Catherine P. Sons (*Pro Hac Vice*)
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, IL 60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

Thomas M. Ryan (*Pro Hac Vice*)
Law Office of Thomas M. Ryan
35 East Wacker Drive
Suite 650
Chicago, IL 60601
(312) 726-3400
tom@tomryanlaw.com

Michelle R. Matheson
Matheson & Matheson, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, AZ 85260
(480) 889-8951
mmatheson@mathesonlegal.com

*Counsel for Plaintiff*

**ATTORNEYS FOR DEFENDANT:**

/s/ Michael D. Roth
Michael D. Roth (*Pro Hac Vice*)
Sam Cortina
King & Spalding LLP
Los Angeles, CA 90071
(213) 218-4014
mroth@kslaw
scortina@kslaw.com

Spencer G. Scharff, No. 028946
Scharff PC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

*Counsel for The Gap, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2024, I filed this Notice of Settlement via the CM/ECF system, which served notice to the following CM.ECF participants:

Michael D. Roth (*Pro Hac Vice*)
Sam Cortina
King & Spalding LLP
Los Angeles, CA 90071
(213) 218-4014
mroth@kslaw
scortina@kslaw.com

Spencer G. Scharff, No. 028946
Scharff PC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

/s/ Thomas M. Ryan