1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Ivonne Carbajal,

        Plaintiff,

v.

Gap Incorporated, et al.,

        Defendants.

**NO. CV-24-01056-PHX-ROS**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

    **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 2, 2024, the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

January 3, 2025

By    s/ E. Aragon
Deputy Clerk